**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DIEGO JACINTO BRAVO,

              Petitioner,

   v.

WARDEN ADELANTO
DETENTION FACILITY, et al.,

            Respondents.

Case No. 5:25-cv-02527-MCS-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 27, 2026

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE